## WM. F. ENGELBERTH *v.* MARY ENGELBERTH.
### [No. 20, April Term, 1930.]

*Decided May 21st, 1930.*

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*H. Courtenay Jenifer,* with whom were *Jenifer & Jenifer* on the brief, for the appellant.

*Allan W. Rhynhart,* with whom was *William P. Cole, Jr.,* on the brief, for the appellee.

ADKINS, J., delivered the opinion of the Court.